IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAYON LAVELLE PORK, )
)
Petitioner, )
)
v. ) Civil Action No. 3:16CV949-HEH
)
HAROLD W. CLARKE, )
)
Respondent. )

FILED JAN 29 2018 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## FINAL ORDER
### (Adopting Report and Recommendation and Dismissing Action)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Pork's Objections (ECF No. 23) are OVERRULED;
2. The Report and Recommendation (ECF No. 21) is ACCEPTED and ADOPTED;
3. The Motion to Dismiss (ECF No. 13) is GRANTED;
4. Pork's § 2254 Petition (ECF No. 1) is DENIED; and,
5. A certificate of appealability is DENIED.

Should Pork desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Pork and counsel of record.

It is so ORDERED.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Jan. 26, 2018
Richmond, Virginia